**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

———————

No. 97-2165

———————

| | |
|---|---|
| Willis Hampton, | * |
| | * |
| Appellant, | * |
| | * On Appeal from the |
| v. | * United States District Court |
| | * for the Eastern District |
| | * of Arkansas. |
| Amtran Corporation, | * |
| | * [Not to be Published] |
| Appellee. | * |

———————

Submitted: October 3, 1997

Filed: October 17, 1997

———————

Before RICHARD S. ARNOLD, Chief Judge, McMILLIAN and BEAM, Circuit Judges.

———————

PER CURIAM.

Willis Hampton appeals from the District Court's[1] adverse grant of summary judgment in his action against Amtran Corporation, asserting federal employment discrimination claims and pendent state claims. Upon review of the record and the

———————

[1]The Hon. William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

parties' submissions on appeal, we affirm for the reasons set forth in the District Court's opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.